396 A.2d 47

Commonwealth, Appellant, v. Pullano.

562

Submitted June 13, 1977. Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellant; William R. Bernhart, for appellee.

Order affirmed.

PRICE and VAN der VOORT, JJ., dissented.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.